# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

KATIANA SOENEN,
TAJA HIRATA-EPSTEIN,
CHLOE BURNS,
EMMA DENNIS-KNIERIEM,
JANE DOES 1-2, individually
and on behalf of all others similarly situated,
          *Plaintiffs*,

   V.

BROWN UNIVERSITY,

          *Defendant*.

C.A. No. 1:21-cv-00325-JJM-PAS

## DEFENDANT BROWN UNIVERSITY'S
## MOTION TO DISMISS EACH PLAINTIFF'S INDIVIDUAL CLAIMS,
## STRIKE THE CLASS ACTION ALLEGATIONS,
## AND/OR SEVER CLAIMS

Applying Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Brown University ("Brown") moves to dismiss Plaintiffs' First Amended Complaint for its failure to state any claims upon which relief can be granted. No Plaintiff has pled any plausible claims under Title IX of the Education Amendments of 1972 and Rhode Island law.

If any of Plaintiffs' claims are allowed to proceed, Brown moves to strike their class action allegations as implausible, applying the rigorous review required under Federal Rule of Civil Procedure 23 and United States Supreme Court precedent. The class action allegations should be stricken now because Plaintiffs cannot possibly satisfy the requirements for a class action going forward.

Finally, if any claims survive, Plaintiffs should not be allowed to litigate collectively in one action. Each Plaintiff should be required to proceed in a separate action. Plaintiffs fail to meet Rule 20's requirements for permissive joinder, and severance is proper under Rule 21.

4882-5310-1572.1

Brown has filed a memorandum stating its legal arguments in support of this motion. Brown requests that the Court hold a hearing on the motion and estimates that the hearing will span approximately two hours on the Court's calendar.

BROWN UNIVERSITY

By Its Attorneys,

*/s/ Steven M. Richard*
Steven M. Richard (#4403)
Caitlyn Smith (#10361)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI  02903
srichard@nixonpeabody.com
cxsmith@nixonpeabody.com
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated:  March 4, 2022

## CERTIFICATION

I certify that, on March 4, 2022, this motion and its supporting memorandum were filed and served electronically via the Court's CM/ECF system.

*/s/ Steven M. Richard*