## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

KATIANA SOENEN, TAJA HIRATA-
EPSTEIN, CHLOE BURNS, EMMA
DENNIS-KNIERIEM, and JANE
DOES 1-2, individually and on behalf
of all others similarly situated,
      Plaintiffs,

      v.

BROWN UNIVERSITY,
      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 21-325-JJM-PAS

## SCHEDULING ORDER

The Court sets the following scheduling order to govern the pretrial and discovery phases of this case.

1. Class discovery under Fed. R. Civ P. 23(b)(2) must be completed by April 7, 2023. Plaintiffs must file any Motion to Certify the Class on or before May 5, 2023.

2. Fact discovery on Counts 1, 2, and 3 (post-assault Title IX/RICRA) liability and damages must be completed by September 8, 2023. Fact discovery shall not be stayed during class discovery or certification.

3. Plaintiffs must file their experts' reports on or before October 6, 2023; Defendant must file its experts' reports on or before November 3, 2023; expert discovery closes on December 8, 2023.

4. The parties must file any dispositive motions on or before January 12, 2024. If no dispositive motions are filed, the Court will then put this matter on the trial calendar.

IT IS SO ORDERED,

John J. McConnell, Jr.
Chief Judge
United States District Court

October 18, 2022