UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KATIANA SOENEN,<br>TAJA HIRATA-EPSTEIN,<br>CHLOE BURNS,<br>EMMA DENNIS-KNIERIEM,<br>JANE DOES 1-2, individually<br>and on behalf of all others similarly situated,<br>                    *Plaintiffs*,<br><br>         V.<br><br>BROWN UNIVERSITY,<br><br>                    *Defendant*. | C.A. No. 1:21-cv-00325-JJM-PAS |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME FOR THE
FILING OF DEFENDANT BROWN UNIVERSITY'S
ANSWER TO THE AMENDED COMPLAINT**

Based upon the Court's entry of its Order dated October 18, 2022 (Doc. 34), Defendant Brown University's Answer to Plaintiffs' First Amended Complaint is due within fourteen days thereafter on or before November 1, 2022.  Brown requests a one-week extension of the filing deadline to November 8, 2022.  As reason for the requested extension, Brown states the following:

1. Brown's counsel will be out-of-state taking depositions from October 24-27, 2022;

2. Brown's counsel requires time to confer with the University in the drafting and review of the Answer, which will be limited during the current fourteen-day response period due to the above-noted out-of-state depositions.

3. Brown's counsel has conferred with Plaintiffs' counsel, who have no objection to the requested extension to November 8, 2022.

Therefore, Brown respectfully requests that the Court extend Brown's deadline to file its Answer to up to and including November 8, 2022.

4882-5310-1572.1

BROWN UNIVERSITY

By Its Attorneys,

*/s/ Steven M. Richard*
Steven M. Richard (#4403)
Caitlyn Smith (#10361)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
srichard@nixonpeabody.com
cxsmith@nixonpeabody.com
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated: October 19, 2022

## CERTIFICATION

I certify that, on October 19, 2022, this motion was and served electronically via the Court's CM/ECF system.

*/s/ Steven M. Richard*

4882-5310-1572.1

2