UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KATIANA SOENEN,
TAJA HIRATA-EPSTEIN,
CHLOE BURNS,
EMMA DENNIS-KNIERIEM,
JANE DOES 1-2, individually
and on behalf of all others similarly situated,
            *Plaintiffs*,

    V.

BROWN UNIVERSITY,

         *Defendant*.

C.A. No. 1:21-cv-00325-JJM-PAS

## ASSENTED-TO MOTION OF BROWN UNIVERSITY FOR EXTENSION OF TIME FOR THE FILING OF ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Based upon the Court's entry of its Order dated October 18, 2022 (Doc. 34) and Text Order entered on October 21, 2022, Defendant Brown University's Answer to Plaintiffs' First Amended Complaint is due on or before November 8, 2022. The parties are conferring regarding scheduling and the planning of discovery. Plaintiffs have informed Brown of their intention to file a Motion for Leave to File a Second Amended Complaint.

The parties agree to the following:

1. Upon its receipt of Plaintiffs' Motion to Amend, Brown will confer promptly with Plaintiffs to confirm whether Brown assents to the allowance of the amended pleading or will file an opposition to the Motion to Amend.

2. Pending Plaintiffs' filing of their Motion to Amend and the parties conferring regarding the proposed amended pleading, Brown shall not be required to file an Answer to the First Amended Complaint by the November 8, 2022 deadline.

4882-5310-1572.1

3. The parties will update the Court regarding the status of the pleadings and scheduling after they have conferred on Plaintiffs' Motion to Amend.

4. In the meantime, the parties are conferring regarding discovery planning in this litigation to adhere the Court's Pre-Trial Scheduling Order.

BROWN UNIVERSITY

By Its Attorneys,

*/s/ Steven M. Richard*
Steven M. Richard (#4403)
Caitlyn Smith (#10361)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI  02903
srichard@nixonpeabody.com
cxsmith@nixonpeabody.com
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated:  November 3, 2022

**CERTIFICATION**

I certify that, on November 3, 2022, this assented-to motion was filed and served electronically via the Court's CM/ECF system.

*/s/ Steven M. Richard*