UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KATIANA SOENEN,<br>TAJA HIRATA-EPSTEIN,<br>EMMA DENNIS-KNIERIEM,<br>JANE DOES 1-2, individually<br>and on behalf of all others similarly situated,<br>    *Plaintiffs*,<br><br>    V.<br><br>BROWN UNIVERSITY,<br><br>    *Defendant*. | C.A. No. 1:21-cv-00325-JJM-PAS |

**ASSENTED-TO MOTION OF BROWN UNIVERSITY
FOR AN EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Defendant Brown University ("Brown") moves for an extension of time to file its response to Plaintiffs' Motion for Leave to Amend the Complaint (Doc. 44), which seeks to file a Second Amended Complaint. Currently, Brown's response is due by Friday, December 16, 2022. Brown requests an extension until Wednesday, December 21, 2022 to file its response.

Brown states the following in support of its request for a five-day extension:

1. During the fourteen-day response period, a family member of undersigned counsel for Brown was hospitalized due to COVID-19.

2. Because of the scheduling impact of this family matter, Brown's counsel requires a short extension to complete Brown's response and review it with his client before its filing with the Court.

3. Plaintiffs' counsel assents to the requested extension.

4882-5310-1572.1

BROWN UNIVERSITY

By Its Attorneys,

*/s/ Steven M. Richard*
Steven M. Richard (#4403)
Caitlyn Smith (#10361)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI  02903
srichard@nixonpeabody.com
cxsmith@nixonpeabody.com
Tel: (401) 454-1000
Fax: (401) 454-1030

Dated:  December 12, 2022

## CERTIFICATION

I certify that, on December 12, 2022, this motion was and served electronically via the Court's CM/ECF system.

*/s/ Steven M. Richard*