UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KATIANA SOENEN, TAJA HIRATA-EPSTEIN,
CHLOE BURNS, EMMA DENNIS-KNIERIEM,
JANE DOES 1-2, individually and
on behalf of all others similarly situated,

        Plaintiffs,

v.                                                 C.A. No.: 21-cv-325-JJM-PAS

BROWN UNIVERSITY,

        Defendant.

### DEFENDANT BROWN UNIVERSITY'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT

Defendant Brown University ("Brown") opposes Plaintiffs' Motion to Amend (Doc. No. 44), seeking leave to file a Second Amended Complaint (Doc. No. 44-1).

Brown has submitted a memorandum in support of its opposition. Pursuant to Local Rule Cv. 7, Brown requests oral argument on Plaintiffs' motion and Brown's opposition. Brown estimates that the hearing would require thirty (30) minutes on the Court's calendar.

        BROWN UNIVERSITY

        By Its Attorneys,

        /s/ Steven M. Richard
        Steven M. Richard (#4403)
        Caitlyn Smith (#10361)
        Nixon Peabody LLP
        One Citizens Plaza, Suite 500
        Providence, RI 02903
        Tel: 401-454-1000 / Fax: 401-454-1030
        srichard@nixonpeabody.com
        cxsmith@nixonpeabody.com

2

## CERTIFICATE OF SERVICE

I certify that, on this 21st day of December 2022, this objection was filed and served through the Court's CM/ECF system.

/s/ Steven M. Richard