# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KATIANA SOENEN, TAJA HIRATA-EPSTEIN, CHLOE BURNS, EMMA DENNIS-KNIERIEM, JANE DOES 1-2, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>BROWN UNIVERSITY,<br><br>*Defendant.* | CLASS ACTION<br><br>C.A. No. 1:21-cv-00325-JJM-PAS<br><br>Jury Trial Demanded |

## ASSENTED TO MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFFS' REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT

Plaintiffs, through their undersigned counsel, move for an extension of time to file a Reply Brief in support of Plaintiffs' Motion for Leave to Amend the Complaint (Doc. 44) (the "Motion for Leave") and in response to Defendant Brown University's Opposition (the "Opposition") (Doc. 46).

On December 2, 2022, Plaintiffs filed a Motion for Leave seeking leave to file a Second Amended Complaint. On December 12, 2022, Defendant, with Plaintiffs' consent, filed an Assented-to Motion for an Extension of Time to Respond to Plaintiffs' Motion for Leave (Doc. 45), requesting an extension of the response deadline from December 16, 2022 to December 21, 2022. Defendant's Opposition was accordingly filed on December 21, 2022.

Pursuant to LR Cr 47(a)(4), Plaintiffs' Reply Brief in response to Defendants' Opposition is required to be filed by December 28, 2022, seven (7) days after service of Defendant's Opposition.

Plaintiffs state the following in support of their request for an extension:

1. During the seven-day period for Plaintiffs' Reply Brief are several religious holidays observed by counsel for Plaintiffs and Plaintiffs.

2. Because of the scheduling impact caused by the observation said religious holidays, Plaintiffs' counsel requires a short extension to complete Plaintiffs' Reply Brief and review it with Plaintiffs before its filing with the Court.

3. Defendant's counsel assents to the requested extension.

4. Plaintiffs' request for an extension is not made for purposes of delay.

For the foregoing reasons, and with Defendant's consent, Plaintiffs respectfully request that this Court grant the request to extend to <u>January 6, 2023</u> the deadline for Plaintiffs' Reply Brief.

Dated: December 22, 2022               Respectfully submitted,

**GRANT & EISENHOFER P.A.**

<u>/s/ Irene R. Lax</u>
Irene Lax (*Pro Hac Vice*)
Karin Fisch (*Pro Hac Vice*)
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8512
ilax@gelaw.com
kfisch@gelaw.com

**GRANT & EISENHOFER P.A.**
Samuel Mukiibi (*Pro Hac Vice*)
Cynthia Morgan (*Pro Hac Vice Forthcoming*)
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
smukiibi@gelaw.com
cmorgan@gelaw.com

**GRANT & EISENHOFER P.A.**
M. Elizabeth Graham (*Pro Hac Vice*)
101 California Street, Suite 2710
San Francisco, CA 94111
Tel: (415) 365-9585

egraham@gelaw.com

**SALTZ MONGELUZZI AND BENDESKY**
Elizabeth A. Bailey (*Pro Hac Vice*)
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Tel: 215-575-3859
ebailey@smbb.com

**LAW OFFICES OF PATRICIA E. ANDREWS**
Patricia E. Andrews
38 N. Court Street
Providence, RI 02903
Tel: (401) 421-0966
peandrews@verizon.net

*ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of ASSENTED TO MOTION FOR AN EXTENSION OF TIME FOR PLAINTIFFS' REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT was filed and served electronically through the Court's CM/ECF system on the following counsel of record:

Steven M. Richard
Caitlyn Horbert
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI  02903
srichard@nixonpeabody.com
chorbert@nixonpeabody.com
*Counsel for Defendant, Brown University*

By:   /s/ *Irene R. Lax*
       Irene R. Lax

Dated: December 22, 2022