# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JANE DOES 1-2, individually and on behalf of all others similarly situated<br><br>                *Plaintiffs*,<br><br>  v.<br><br>BROWN UNIVERSITY, et al.<br><br>                *Defendants*. | C.A. No. 1:21-cv-00325-JJM-PAS |

## WITHDRAWAL OF APPEARANCE

Caitlyn Smith hereby withdraws her appearance on behalf of Defendant Brown University in the above-entitled matter. Brown University will continue to be represented by Steven M. Richard, Esq. and Nixon Peabody LLP.

Dated: April 14, 2023

BROWN UNIVERSITY

By Its Attorneys,

*/s/ Caitlyn Smith*
Steven M. Richard (4403)
Caitlyn Smith (10361)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
srichard@nixonpeabody.com
cxsmith@nixonpeabody.com
Telephone: (401) 454-1020
Facsimile: (866) 947-1332

4889-7652-6941.1

## **CERTIFICATION**

I certify that, on April 14, 2023, the above withdrawal of appearance was filed and served electronically via the Court's CM/ECF system.

*/s/ Caitlyn Smith*

4889-7652-6941.1