# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JANE DOES 1-2, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiffs,* | C.A. No. 1:21-cv-00325-JJM-PAS |
| v. | |
| BROWN UNIVERSITY, | Jury Trial Demanded |
| *Defendant.* | |

## PLAINTIFF JANE DOE 1 NOTICE OF
## VOLUNTARY WITHDRAWAL OF ACTION

Plaintiff Jane Doe 1 ("Plaintiff") hereby withdraws as a named plaintiff in the above-captioned action.  Plaintiff Jane Doe 1's withdrawal does not affect, limit, or prejudice the claims and rights of Jane Doe 2 or any of the proposed class members in this action.

Dated:  May 18, 2023

Respectfully submitted,

**GRANT & EISENHOFER P.A.**

*/s/ Irene Lax*
Irene Lax (*Pro Hac Vice*)
Karin Fisch (*Pro Hac Vice*)
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8512
kfisch@gelaw.com
ilax@gelaw.com

**GRANT & EISENHOFER P.A.**
Samuel Mukiibi (*Pro Hac Vice*)
Cynthia B. Morgan (*Pro Hac Vice Forthcoming*)
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000

1

smukiibi@gelaw.com
cmorgan@gelaw.com

**GRANT & EISENHOFER P.A.**
M. Elizabeth Graham (*Pro Hac Vice*)
101 California Street, Suite 2710
San Francisco, CA 94111
Tel: (415) 365-9585
egraham@gelaw.com

**SALTZ MONGELUZZI AND BENDESKY**
Elizabeth A. Bailey (*Pro Hac Vice*)
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Tel: 215-575-3859
ebailey@smbb.com

**LAW OFFICES OF PATRICIA E. ANDREWS**
Patricia E. Andrews
38 N. Court Street
Providence, RI 02903
Tel: (401) 421-0966
peandrews@verizon.net

*ATTORNEYS FOR PLAINTIFFS AND THE
PROPOSED CLASS*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of **Plaintiff Jane Doe 1 Notice of Voluntary Withdrawal of Action** was filed and served electronically through the Court's CM/ECM system on the following counsel of record:

> Steven M. Richard
> Nixon Peabody LLP
> One Citizens Plaza, Suite 500
> Providence, RI  02903
> srichard@nixonpeabody.com
>
> *Counsel for Defendant, Brown University*

Dated: May 18, 2023                    By:  */s/ Irene R. Lax*
                                                Irene R. Lax