**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JANE DOE 2,

     *Plaintiff,*

     v.

BROWN UNIVERSITY,

     *Defendant.*

CLASS ACTION

C.A. No. 1:21-cv-00325 JJM-PAS

Jury Trial Demanded

**JOINT MOTION FOR SCHEDULING CONFERENCE**
**AND DEADLINE ABEYANCE**

Plaintiff Jane Doe 2, on behalf of herself and the proposed Class, and Defendant Brown University, by and through their undersigned counsel, respectfully request that this Court schedule a status and scheduling conference and, in the interim, hold all deadlines for class discovery and certification in abeyance, and in support thereof aver as follows:

1.     On February 7, 2023, this Court issued a Text Class Scheduling Order setting forth a variety of deadlines for class discovery and class certification briefing.  Specifically, the Order set forth the following dates:

    a.   Completion date for class discovery: June 2, 2023;

    b.   Plaintiff's Motion and Memorandum for Class Certification: June 16, 2023;

    c.   Defendant's objection, if any: June 30, 2023; and

    d.   Plaintiff's Reply: June 7, 2023.

2.     After the issuance of the Order, the parties began diligently engaging in class discovery by exchanging written demands.

3.      However, between April 2023 and May 2023, the parties were actively engaged in good faith settlement negotiations pertaining to the proposed injunctive relief class.  During this time, the parties agreed to stay further class discovery practice, including depositions and the exchange of documents, in the hopes that a prompt resolution could be reached negating the need for continued discovery practice.

4.      Recently, the settlement negotiations were discontinued.

5.      The parties met and conferred regarding the expected length of time for document productions and deposition scheduling and determined that class discovery could not reasonably completed in the remaining time allotted under the February 7, 2023 Text Class Scheduling Order.

6.      Given the foregoing, the parties request that this Court set a status conference date to discuss setting new deadlines for the completion of class discovery and corresponding class certification briefings.

7.      In the interim, the parties request that the Court hold the existing class discovery and briefing deadlines in abeyance pursuant to Federal Rule of Civil Procedure 6(b)(1), which provides for an extension of a deadline for good cause prior to the expiration of the same.

8.      The circumstances set forth herein meet the standard for an extension of deadlines with all parties' agreement, and thus the parties respectfully request that the Court schedule a status conference and hold the remaining deadlines in abeyance until completion of the same.

9.      The parties believe that the scheduling conference and deadline abeyance will substantially aid in the orderly disposition of this matter.  Moreover, no party is prejudiced by this request.

10.     Accordingly, all parties respectfully request that the Court grant this Motion.

**WHEREFORE**, the parties respectfully request that this Court grant this Motion and (1) set a status conference date, (2) enter an Order holding the deadlines set forth in the Court's February 7, 2023 Text Class Scheduling Order in abeyance, and (3) award any further relief as deemed necessary and proper.

Dated:  June 1, 2023

Respectfully submitted,

**GRANT & EISENHOFER P.A.**

*/s/ Irene Lax*
Irene Lax (*Pro Hac Vice*)
Karin Fisch (*Pro Hac Vice*)
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8512
kfisch@gelaw.com
ilax@gelaw.com

**GRANT & EISENHOFER P.A.**
Samuel Mukiibi (*Pro Hac Vice*)
Cynthia B. Morgan (*Pro Hac Vice Forthcoming*)
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
smukiibi@gelaw.com
cmorgan@gelaw.com

**GRANT & EISENHOFER P.A.**
M. Elizabeth Graham (*Pro Hac Vice*)
101 California Street, Suite 2710
San Francisco, CA 94111
Tel: (415) 365-9585
egraham@gelaw.com

**SALTZ MONGELUZZI AND BENDESKY**
Elizabeth A. Bailey (*Pro Hac Vice*)
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Tel: 215-575-3859
ebailey@smbb.com

**LAW OFFICES OF PATRICIA E. ANDREWS**
Patricia E. Andrews
38 N. Court Street
Providence, RI 02903
Tel: (401) 421-0966
peandrews@verizon.net

*ATTORNEYS FOR PLAINTIFFS AND THE
PROPOSED CLASS*


*/s/ Steven M. Richard*
Steven M. Richard
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI  02903
srichard@nixonpeabody.com

*ATTORNEY FOR BROWN UNIVERSITY*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of **JOINT MOTION FOR SCHEDULING CONFERENCE AND DEADLINE ABEYANCE** was filed and served electronically through the Court's CM/ECM system on the following counsel of record:

> Steven M. Richard
> Nixon Peabody LLP
> One Citizens Plaza, Suite 500
> Providence, RI  02903
> srichard@nixonpeabody.com
>
> *Counsel for Defendant, Brown University*

Dated: June 1, 2023                    By:  */s/ Irene R. Lax*
                                                  Irene R. Lax