**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JANE DOE 2, individually and on behalf of all others similarly situated,<br><br>  *Plaintiff*,<br>v.<br><br>BROWN UNIVERSITY,<br><br>  *Defendant*. | C.A. No. 1:21-cv-00325-JJM-PAS |
| KATIANA SOENEN,<br><br>  *Plaintiff,*<br>v.<br><br>BROWN UNIVERSITY,<br><br>  *Defendant* | C.A. No. 1:23-cv-00046-JJM-PAS |
| TAJA-HIRATA-EPSTEIN,<br><br>  *Plaintiff*,<br>v.<br><br>BROWN UNIVERSITY,<br><br>  *Defendant.* | C.A. No. 1:23-cv-00047-JJM-PAS |

| EMMA DENNIS-KNIERIEM, | |
|---|---|
| *Plaintiff*, | C.A. No. 1:23-cv-00048-JJM-PAS |
| v. | |
| BROWN UNIVERSITY, | |
| *Defendant*. | |
| JANE DOE 2, | |
| *Plaintiff*, | C.A. No. 1:23-cv-00051-JJM-PAS |
| v. | |
| BROWN UNIVERSITY, | |
| *Defendant*. | |

# PLAINTIFFS' MOTION FOR ENTRY OF PROPOSED REVISED CASE SCHEDULING ORDER

Plaintiff Jane Doe 2, on behalf of herself and the proposed Class, and Plaintiffs Katiana Soenen, Taja Hirata-Epstein, Emma Dennis-Knieriem, and Jane Doe 2 (in each of their individual capacities) (and, collectively "Plaintiffs" and each a "Plaintiff"), by and through their undersigned counsel, respectfully submit this Motion for Entry of Proposed Revised Case Scheduling Order (the "Motion") requesting that this Honorable Court enter a Revised Case Scheduling Order, as set forth immediately below, providing amended deadlines as follows:

With respect to the Class Certification:

| **Discovery or Pleading Title** | **Current Deadlines** | **Proposed Dates** |
|---|---|---|
| Completion date for Class Discovery | June 2, 2023 | September 29, 2023 |
| Plaintiff's Motion and Memorandum for Class Certification | June 16, 2023 | October 13, 2023 |
| Defendant's objection, if any: | June 30, 2023 | October 27, 2023 |

2

| | | |
|---|---|---|
| Plaintiff's Reply | July 7, 2023 | November 3, 2023 |

With respect to the related individual claims of Plaintiffs Katiana Soenen (Case No. 1:23-cv-00046), Taja Hirata-Epstein (Case No. 1:23-cv-00047), Emma Dennis-Knieriem (Case No. 1:23-cv-00048), and Jane Doe 2 (Case No. 1:23-cv-00051) (collectively, the "Related Individual Actions"):

| Discovery or Pleading Title | Current Deadlines | Proposed Dates |
|---|---|---|
| Completion date for Fact Discovery in all Related Individual Actions | August 7, 2023 | November 10, 2023 |

In support of the proposed revised deadlines submitted above, Plaintiffs provide the following:

1. Plaintiffs submit this Motion pursuant to the Court's communication of June 7, 2023, denying the parties' Joint Motion for Scheduling Conference and Deadline Abeyance (ECF No. 59) as moot, and in lieu requesting that the parties meet and confer and e-mail the Court with new proposed deadlines or file an applicable motion.

2. On June 15, 2023, the parties met and conferred (the "Meet and Confer") regarding the expected length of time for completion of class discovery and related pleadings and the close of fact discovery in all Related Individual Actions. The parties agreed that class discovery and related pleadings and fact discovery in the Related Individual Actions cannot reasonably be completed in the time allotted under the February 7, 2023 Text Class Scheduling Order and the February 7, 2023 Pretrial Scheduling Order (ECF No. 56), but differ in opinion as to what new extended dates should apply.

3. During the Meet and Confer, counsel for Defendant Brown University ("Brown" or "Defendant") expressed that Brown could not agree to new case management deadlines at this

3

time given impending changes to the federally issued Title IX regulations, which revisions are expected to be issued in or around October 2023.[1]

4. Given the foregoing, this Court's June 7, 2023 instruction, and the parties' inability to reach agreement on amended case deadlines, Plaintiffs submit this Motion with Plaintiffs' proposed amended case deadlines.[2]

5. The circumstances set forth herein meet the standard for an extension of deadlines.

6. Moreover, no party is prejudiced by this request.

7. Accordingly, Plaintiffs respectfully request that the Court grant this Motion.

**WHEREFORE**, Plaintiffs respectfully request that this Court grant this Motion in its entirety and award such further relief as deemed appropriate.

Dated:  June 16, 2023

Respectfully submitted,

**GRANT & EISENHOFER P.A.**

/s/ Irene R. Lax
Irene R. Lax (*Pro Hac Vice*)
Karin Fisch (*Pro Hac Vice*)
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8512
kfisch@gelaw.com
ilax@gelaw.com

---

[1] *See, e.g.*, Department of Education, "HomeRoom: The Official Blog of the U.S. Department of Education," *available at* https://blog.ed.gov/2023/05/a-timing-update-on-title-ix-rulemaking/ (last accessed June 15, 2023).
[2] In the alternative, Plaintiffs reiterate their request for a scheduling conference with the Court to discuss the proposed deadlines articulated herein for the same reasons as set forth in the Joint Motion for Scheduling Conference and Deadline Abeyance (ECF No. 59).

**GRANT & EISENHOFER P.A.**
Samuel Mukiibi (*Pro Hac Vice*)
Cynthia B. Morgan (*Pro Hac Vice Forthcoming*)
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
smukiibi@gelaw.com
cmorgan@gelaw.com

**GRANT & EISENHOFER P.A.**
M. Elizabeth Graham (*Pro Hac Vice*)
101 California Street, Suite 2710
San Francisco, CA 94111
Tel: (415) 365-9585
egraham@gelaw.com

**SALTZ MONGELUZZI AND BENDESKY**
Elizabeth A. Bailey (*Pro Hac Vice*)
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Tel: 215-575-3859
ebailey@smbb.com

**LAW OFFICES OF PATRICIA E. ANDREWS**
Patricia E. Andrews
38 N. Court Street
Providence, RI 02903
Tel: (401) 421-0966
peandrews@verizon.net

*ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS*

5

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of **PLAINTIFFS' MOTION FOR ENTRY OF PROPOSED REVISED CASE SCHEDULING ORDER** was filed and served electronically through the Court's CM/ECM system on the following counsel of record:

>Steven M. Richard
>Nixon Peabody LLP
>One Citizens Plaza, Suite 500
>Providence, RI  02903
>srichard@nixonpeabody.com
>
>*Counsel for Defendant, Brown University*

Dated: June 16, 2023                          By:  */s/ Irene R. Lax*
                                                      Irene R. Lax