# **EXHIBIT B**

 An official website of the United States government

Search: ● Agenda ○ Reg Review ○ ICR

| Home | Unified Agenda | Regulatory Review | Information Collection Review | FAQs / Resources | Contact Us |

## View Rule

**View EO 12866 Meetings**     **Printer-Friendly Version**  **Download RIN Data in XML**

**ED/OCR**     **RIN:** 1870-AA16     **Publication ID:** Spring 2023

**Title:** Nondiscrimination on the Basis of Sex in Education Programs or Activities Receiving Federal Financial Assistance

**Abstract:**

The Department plans to issue a final rule amending its regulations implementing Title IX of the Education Amendments of 1972, 20 U.S.C. 1681 et seq., consistent with the priorities of the Biden-Harris Administration. These priorities include those set forth in Executive Order 13988 on Preventing and Combating Discrimination on the Basis of Gender Identity or Sexual Orientation and Executive Order 14021 on Guaranteeing an Educational Environment Free from Discrimination on the Basis of Sex, Including Sexual Orientation and Gender Identity. The proposed amendments include, among others, revisions to 34 CFR 106.2 (Definitions), 106.6 (Effect of other requirements and preservation of rights), 106.8 (Designation of coordinator, dissemination of policy, and adoption of grievance procedures), 106.10 (Scope), 106.11 (Application), 106.30 (Definitions), 106.31 (Education programs or activities), 106.40 (Parental, family, or marital status; pregnancy or related conditions), 106.44 (Action by a recipient to operate its education program or activity free from sex discrimination), 106.45 (Grievance procedures for the prompt and equitable resolution of complaints of sex discrimination), 106.46 (Grievance procedures for the prompt and equitable resolution of complaints of sex-based harassment involving student complainants or student respondents at postsecondary institutions); 106.51 (Employment), 106.57 (Parental, family, or marital status; pregnancy or related conditions), 106.60 (Pre-employment inquiries), and 106.71 (Retaliation).

**Agency:** Department of Education(ED)     **Priority:** Other Significant
**RIN Status:** Previously published in the Unified Agenda     **Agenda Stage of Rulemaking:** Final Rule Stage
**Major:** No     **Unfunded Mandates:** Undetermined
**CFR Citation:** 34 CFR 106
**Legal Authority:** 20 U.S.C. 1681 et seq.
**Legal Deadline:** None

**Timetable:**

| Action | Date | FR Cite |
|---|---|---|
| NPRM | 07/12/2022 | 87 FR 41390 |
| NPRM Comment Period End | 09/12/2022 | |
| Final Action | 10/00/2023 | |

**Regulatory Flexibility Analysis Required:** No     **Government Levels Affected:** State
**Small Entities Affected:** No     **Federalism:** Yes
**Included in the Regulatory Plan:** Yes
**RIN Data Printed in the FR:** No

**Agency Contact:**
Alejandro Reyes
Department of Education
Office for Civil Rights
400 Maryland Avenue SW, PCP-6125,
Washington, DC 20202
Phone:202 245-7705
Email: t9nprm@ed.gov

 

 

Reginfo.gov
An official website of the U.S. General Services Administration   and the Office of Management and Budget

| About Us | About GSA | About OIRA | Related Resources | Disclosure | Accessibility | FOIA | Privacy Policy | Contact Us |

Looking for U.S. government information and services?
Visit USA.gov