# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KATIANA SOENEN, TAJA HIRATA-EPSTEIN et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BROWN UNIVERSITY,<br><br>Defendant. | Case No. 1:21-cv-00325-JM-PAS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned hereby withdraws her appearance on behalf of Plaintiffs Katiana Soenen, Taja Hirata-Epstein, Chloe Burns, Emma Dennis-Knieriem and Jane Doe.  Plaintiffs will continue to be represented by Grant & Eisenhofer P.A.

Dated: January 24, 2024

Respectfully submitted,

/s/ *Irene R. Lax*
Irene R. Lax
**GRANT & EISENHOFER P.A.**
Irene R. Lax *(Pro Hac Vice)*
Barbara J. Hart *(Pro Hac Vice)*
485 Lexington Avenue
New York, NY 10017
(646) 722-8512
ilax@gelaw.com
bhart@gelaw.com

**GRANT & EISENHOFER P.A.**
Elizabeth Bailey *(Pro Hac Vice)*
Cynthia B. Morgan *(Pro Hac Vice)*
Kathryne L. Hemmings *(Pro Hac Vice)*
123 Justison Street
Wilmington, Delaware 19801
(302) 622-7086

2

        ebailey@gelaw.com
        cmorgan@gelaw.com
        khemmings@gelaw.com

**GRANT & EISENHOFER P.A.**
Elizabeth M. Graham
201 Mission Street, Suite 1200
San Francisco, CA 94105
ebraham@gelaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she filed the foregoing Notice of Withdrawal of Appearance through the ECF system, which will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.


*/s/ Irene R. Lax*
Irene R. Lax