# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| JANE DOE,<br>    Plaintiff,<br><br>v.<br><br>BROWN UNIVERSITY,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 21-325-JJM-PAS |

## ORDER

On June 21, 2023, this Court granted the Cross Motion to Stay (ECF No. 61) this litigation pending the United States Department of Education's issuance of its amended Title IX regulations, and Brown's review of its policy for conformity to the new regulations. The Department issued its new regulations and Brown timely published its new Title IX procedures.

THEREFORE, the parties are directed to SHOW CAUSE why the Court should not lift the stay; and why the Court should not dismiss the case as moot because of the new regulations and the fact that this case seeks only declaratory and injunctive relief.

Plaintiff shall respond to the show cause order on or before October 11, 2024, the Defendant shall respond on or before October 25, 2024, and the Plaintiff may file a reply on or before November 1, 2024.

IT IS SO ORDERED.

_____
John J. McConnell, Jr.
Chief United States District Judge

September 19, 2024