# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

KATIANA SOENEN,
TAJA HIRATA-EPSTEIN,
EMMA DENNIS-KNIERIEM,
CHLOE BURNS, and
JANE DOE 2, individually and on
behalf of all others similarly situated.

   *Plaintiffs*,

 v.

BROWN UNIVERSITY

   *Defendant*.

C.A. No. 1:21-cv-00325-JJM-PAS

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Katiana Soenen, Taja Hirata-Epstein, Emma Dennis-Knieriem, Chloe Burns, and Jane Doe 2, and Defendant Brown University ("Brown") stipulate to the dismissal of this action as follows:

1. Plaintiffs' First Amended Complaint ("FAC", ECF No. 15) in this action is dismissed with prejudice. The parties shall bear their own costs. All rights of appeal are waived. The Court may close this action on its docket.

2. The FAC remains the operative pleading as applicable in each of the following separate individual actions on the Court's docket: (a) *Katiana Soenen v. Brown University*, C.A. No. 23-cv-46-JJM-PAS, (b) *Taja Hirata-Epstein v. Brown University*, C.A. No. 23-cv-47-JJM-PAS, (c) *Emma Dennis-Knieriem v. Brown University*, C.A. No. 23-cv-48-JJM-PAS, (d) *Jane Doe 2 v. Brown University*, C.A. No. 23-cv-51-JJM-PAS, and (3) *Chloe Burns v. Brown University*, C.A. No. 23-cv-86-JJM-PAS ("Individual Actions").

3. The Individual Actions are not affected by this stipulation and shall proceed to their respective adjudications on the Court's docket.

| | |
|---|---|
| KATIANA SOENEN,<br>TAJA HIRATA-EPSTEIN,<br>EMMA DENNIS-KNIERIEM,<br>CHLOE BURNS, and<br>JANE DOE 2<br><br>By Their Attorneys,<br><br>*/s/ Elizabeth A. Bailey*<br>*/s/ Kathryne Hemmings*<br>Elizabeth A. Bailey (*Pro Hac Vice*)<br>Kathryne Hemmings (*Pro Hac Vice*)<br>GRANT & EISENHOFER P.A.<br>123 Justison Street<br>Wilmington, DE 19801<br>Telephone: (302) 622-7183<br>ebailey@gelaw.com<br>khemmings@gelaw.com<br><br>*s/ Louise A. Herman*<br>Louise A. Herman (#6430)<br>Herman Law Group<br>1445 Wampanoag Trail, Suite 104<br>East Providence, RI 02915<br>Telephone: (401) 277-4110<br>Fax: (401) 433-0139<br>lherman@lhermanlaw.com<br><br>Dated: October 17, 2024 | BROWN UNIVERSITY<br><br>By Its Attorney,<br><br>*/s/ Steven M. Richard*<br>Steven M. Richard (#4403)<br>Nixon Peabody LLP<br>One Citizens Plaza, Suite 500<br>Providence, RI 02903<br>srichard@nixonpeabody.com<br>Telephone: (401) 454-1020<br>Facsimile: (866) 947-1332<br><br>Dated: October 17, 2024 |